UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH MCMANUS | * | CIVIL ACTION |
| VERSUS | * | NO. 23-7013 |
| NICK LNU, ET AL. | * | SECTION "A" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that Plaintiff Joseph McManus' claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 9th day of February, 2024.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE